# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECICUT

FILED

IN RE:                                          ) CHAPTER 13          2016 JUN 27 P 12: 52
OLIVER GRANT
                                                ) CASE NUMBER 14-22193
                                                        CLERK U.S. BANKRUPTCY COURT
                                                        DISTRICT OF CONNECTICUT
                                                        HARTFORD

## PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

CHECK NUMBER  30433          $2,614.64          # 277697

**OLIVER GRANT
9 CRAIGMORE ROAD
BLOOMFIELD, CT 06002
REFUND sent 2X**

Dated at Hartford, Connecticut this __23rd__ day of   June  2016.

/s/
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** 9 CRAIGMORE ROAD, BLOOMFIELD, CT 06002
**Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV**
**Debtor's Counsel:**   ronchorcheslaw@sbcglobal.net

/s/
Molly T. Whiton, Chapter 13 Standing Trustee